In the Matter of MAX KATZENSTEIN et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and PARK CRESCENT HOTEL, INC., Respondent.

Argued March 2, 1953; decided April 16, 1953.

*Barney Rosenstein* and *Murray A. Gordon* for appellants.

*Robert H. Schaffer* and *Emory Gardiner* for Joseph D. McGoldrick, as State Rent Administrator, respondent.

*Nathan B. Bernstein* for Park Crescent Hotel, Inc., respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased. [See 305 N. Y. 826.]